In re Estate of Emil Richard Conrad, Deceased. Lena Conrad, Appellee, v. Ervin A. Pahlke, Executor of Estate of Emil Richard Conrad, Deceased, Appellant.

Gen. No. 44,976.

Myer H. Gladstone and Louis A. Wexler, for appellant; Halfpenny & Hahn, for appellee; Harold T. Halfpenny, Richard F. Hahn, and James F. Flanagan, of counsel. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full. Opinion filed May 8, 1950; released for publication May 23, 1950.